Rankin & Lustfield, for plaintiffs in error. Herman Herson, for defendant in error; Milton A. Kallis, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

The Carrollton Pottery Company, appellee, v. Albert Pick & Company, appellant. Gen. No. 28,490.

Action for price of goods sold and delivered and for damages for refusal to accept remainder of goods covered by same contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed January 22, 1924. Rehearing denied February 4, 1924. Certiorari denied by Supreme Court (making opinion final).

Mayer, Meyer, Austrian & Platt, for appellant. Baker, Holder & Schmidt, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Dr. C. A. Starck, appellant, v. John Ratzek and Lizabeth Ratzek, appellees. Gen. No. 28,553.

Suit for balance due for medical and surgical services and hospital treatment. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed January 22, 1924.

Rost & Smith and John J. Whiteside, for appellant. Soelke & Johnson, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

Bernard Cooney, a minor, by Mary Cooney, his mother and next friend, appellee, v. Chicago Railways Company and Chicago City Railway Company, appellants. Gen. No. 28,565.

Suit for personal injuries by being struck by street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed January 22, 1924. Rehearing denied February 4, 1924.

Charles L. Mahony and Watson J. Ferry, for appellants; John R. Guilliams and Frank L. Kriete, of counsel. Leesman & Roemer, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

H. C. Zeunert, appellant, v. Karl Matheus and Mrs. Karl Matheus, trading as The Majestic Belt Company, appellees. Gen. No. 28,627.

Default judgment and petition to set aside. Judgment vacated. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed. Opinion filed January 22, 1924.

Kraft, Kraft & Erskine, for appellant. Netherton & Netherton, for appellees; Ellsworth C. Murphy, of counsel.

Mr. Justice Fitch delivered the opinion of the court.